```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | KIMBERLY A. SANCHEZ
   | Assistant U.S. Attorneys
 3 | 4401 Federal Building
   | 2500 Tulare Street
 4 | Fresno, California  93721
   | Telephone:  (559) 497-4000
 5 |
```



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-cr-00097 AWI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | REQUEST BY THE UNITED STATES TO UNSEAL INDICTMENT |
| ESTEVAN RODRIGUEZ aka "Stevie" and, ELENO RODRIGUEZ, aka "Junior", | ) | |
| Defendants. | ) | |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Sanchez Assistant United States Attorney, and request leave of the Court to unseal the Criminal Indictment, in the above-referenced matter.

DATED: May 9, 2007                    Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                      By

                                      KIMBERLY A. SANCHEZ
                                      Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: May _9_, 2007

                                      Hon. DENNIS L. BECK
                                      U.S. Magistrate Judge

1