DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ESTEVAN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00097 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE/MOTIONS HEARING; ORDER |
| v. | Date:  March 31, 2008 |
| ESTEVAN RODRIGUEZ, Et al., | Time:  9:00 A.M. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference/motions hearing in the above-referenced matter now set for March 17, 2008, may be continued to March 31, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant Estevan Rodriguez to allow the parties additional time for negotiation prior to hearing. The requested continuance will conserve time and resources for all parties and the court.

///

 ///

///

///

///

Case 1:07-cr-00097-LJO   Document 36   Filed 03/14/08   Page 2 of 2

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                         McGREGOR W. SCOTT
                                         United States Attorney

DATED: March 13, 2008                    By: /s/ Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

                                         DANIEL J. BRODERICK
                                         Federal Public Defender

DATED: March 13, 2008                    By: /s/ Francine Zepeda
                                                 FRANCINE ZEPEDA
                                                 Assistant Federal Defender
                                                 Attorneys for Defendant
                                                 ESTEVAN RODRIGUEZ

DATED: March 13, 2008                       /s/ E. Marshall Hodgkins, III
                                         E. MARSHALL HODGKINS, III
                                         Attorney for Defendant
                                         ELENO RODRIGUEZ

## **O R D E R**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: March 14, 2008**                /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE