IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00097 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE/MOTIONS HEARING; ORDER |
| v. | ) | |
| | ) | Date:   April 14, 2008 |
| ESTEVAN RODRIGUEZ, Et al., | ) | Time:  9:00 A.M. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| | ) | |
| | ) | |

The parties have filed the following stipulation:

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference/motions hearing in the above-referenced matter now set for March 31, 2008, may be continued to April 14, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant Estevan Rodriguez to allow the parties additional time for negotiation prior to hearing.  The requested continuance will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

1

McGREGOR W. SCOTT
United States Attorney

2

3   DATED:  March 27, 2008                   By:   /s/  Kimberly A. Sanchez
                                                  KIMBERLY A. SANCHEZ
4                                                 Assistant United States Attorney
                                                  Attorney for Plaintiff
5

6                                                 DANIEL J. BRODERICK
                                                  Federal Public Defender
7

8   DATED:  March 27, 2008                   By:   /s/  Francine Zepeda
                                                  FRANCINE ZEPEDA
9                                                 Assistant Federal Defender
                                                  Attorneys for Defendant
10                                                ESTEVAN RODRIGUEZ

11

12  DATED:  March 27, 2008                         /s/  E. Marshall Hodgkins, III
                                                  E. MARSHALL HODGKINS, III
13                                                Attorney for Defendant
                                                  ELENO RODRIGUEZ
14

15

16                               **O R D E R**

17        **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F),

18  3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

19

20  IT IS SO ORDERED.

21  **Dated:     March 27, 2008**              _____/s/ Anthony W. Ishii_____
                                              UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28