DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ESTEVAN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ESTEVAN RODRIGUEZ, Et al.,<br><br>        Defendant. | NO. 1:07-cr-00097 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE/MOTIONS HEARING; ORDER<br><br>Date:  May 12, 2008<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference/motions hearing in the above-referenced matter now set for April 28, may be continued to May 12, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant Estevan Rodriguez to allow the parties additional time for negotiation prior to hearing. The requested continuance will conserve time and resources for all parties and the court.

///

 ///

///

///

///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3 and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and
4 3161(h)(8)(B)(i) and (iv).

                                   McGREGOR W. SCOTT
                                   United States Attorney

DATED: April 24, 2008           By: /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

                                 DANIEL J. BRODERICK
                                 Federal Public Defender

DATED: April 24, 2008           By: /s/ Francine Zepeda
                                   FRANCINE ZEPEDA
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 ESTEVAN RODRIGUEZ

DATED: April 24, 2008             /s/ E. Marshall Hodgkins, III
                                 E. MARSHALL HODGKINS, III
                                 Attorney for Defendant
                                 ELENO RODRIGUEZ

## O R D E R

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: April 25, 2008**                 /s/ Anthony W. Ishii
                                 UNITED STATES DISTRICT JUDGE