BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>      v.<br><br>ELENO RODRIGUEZ, JR.,<br><br>                          Defendant. | CASE NO. 1:07-CR-00097 AWI<br><br>ORDER ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

On May 2, 2014, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Eleno Rodriguez, Jr., F14902110. The defendant's appearance before the state court judge is necessary on May 19, 2014 at 8:30 a.m. for a pre-preliminary hearing. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. His next appearance before the Magistrate Court is May 14, 2014. It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case is May 14, 2014 for a status conference:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may produce the defendant in state court on May 19, 2014 for purposes of his presence at the pre-preliminary hearing, but shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County

1

1  Jail immediately after the proceeding has concluded on May 19, 2014.  The Court further orders that the
2  Fresno County Sheriff's Office can produce the defendant for future state court proceedings with his return
3  immediately thereafter after the U.S. Marshal Service and the Fresno County Sheriff's Office confirms with
4  an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance.  Under
5  no circumstances is the defendant to be released from the physical custody of the Fresno County Jail other
6  than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or
7  upon further order from this court.

10 IT IS SO ORDERED.

11   Dated:   **May 13, 2014**                                **/s/ Sheila K. Oberto**
12                                                                                  UNITED STATES MAGISTRATE JUDGE