```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00097 AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE |
| v. | |
| ELENO RODRIGUEZ, JR. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Kathy Hart, attorney for the defendant, that the status conference set for June 25, 2014 at 1:30 pm before the Honorable Sheila K. Oberto be advanced to June 18, 2014 at 1:30 p.m. The U.S. Probation Office intends to move to dismiss the violation petition, to which the government has no objection.

///

///

///

///

///

///

///

Stipulation and Order                                     1

1   Therefore, it is appropriate to advance the matter to June 18, 2014 at 1:30 p.m.

2   Dated: June 17, 2014                                  Respectfully submitted,

3                                                         BENJAMIN B. WAGNER
                                                          United States Attorney
4

5
                                                   By     /s/ Kimberly A. Sanchez
6                                                         KIMBERLY A. SANCHEZ
                                                          Assistant U.S. Attorney
7
    Dated: June 17, 2014                                  /s/ Kathy Hart
8                                                         KATHY HART
                                                          Attorney for the defendant
9

10  IT IS SO ORDERED.

11     Dated:   **June 17, 2014**                   _____**/s/ Gary S. Austin**
12                                                  UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                       2