

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELENO RODRIGUEZ, JR.,<br><br>　　　　Defendant. | CASE NO. 1:07-CR-00097 AWI<br><br>ORDER ON GOVERNMENT'S MOTION TO DISMISS SUPERVISED RELEASE VIOLATION PETITION |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Supervised Release Violation Petition filed herein be dismissed against the defendant without prejudice, as the charges previously pending in Fresno County Superior Court that form the basis of the violation allegations have been dismissed without prejudice. The defendant is ordered released from custody on the Supervised Release Violation Petition forthwith.

Dated: 6/18/14

IT IS SO ORDERED.

_____
GARY S. AUSTIN
U.S. Magistrate Court Judge

"[CLICK & Type Pleading name]"　　　1