IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:07CR00097-002 AWI |
| Plaintiff, | ORDER FOR RELEASE |
| v. | |
| ELENO RODRIGUEZ | |
| Defendant. | |

IT IS HEREBY ORDERED that the defendant shall be released on Monday, August 29, 2016 at 8:00am, to a representative of the Westcare Residential Drug Treatment Program in Fresno.

IT IS SO ORDERED.

Dated:  **August 23, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE