# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>ELENO RODRIGUEZ,<br><br>　　　　　Defendant | OLD CASE NO. 1:07-CR-0097 AWI-2<br>NEW CASE NO. 1:07-CR-0097 LJO-2<br><br>**ORDER REASSIGNING THIS MATTER TO CHIEF DISTRICT COURT JUDGE LAWRENCE J. O'NEILL** |

The court finds it necessary to reassign this action from the docket of Senior District Court Judge Anthony W. Ishii to the docket of Chief District Court Judge Lawrence J. O'Neill.  See Local Rule Appendix A(f)(1).  Therefore, the Clerk of the Court is DIRECTED to reassign this action to Chief District Court Judge O'Neill.

IT IS SO ORDERED.

Dated:   August 24, 2016　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

IT IS SO ORDERED.

　Dated:   **August 24, 2016**　　　　　　　　　   **/s/ Lawrence J. O'Neill** ＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE