McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ELENO RODRIGUEZ,<br><br>　　　　　　　Defendant. | No. 1:07-CR-00097 LJO-SKO<br><br>STIPULATION TO CONTINUE CONTESTED HEARING ON A SUPERVISED RELEASE VIOLATION |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Robert Lamanuzzi, counsel for Eleno Rodriguez, that the hearing on the matter set for January 27, 2020 be continued to February 28, 2020 at 8:30 am before the Honorable Dale A. Drozd.  The parties request additional time to further discuss some of the issues, conduct further investigation if needed, and reach a possible resolution.  If that is not possible, the parties will refine issues to result in a more concise hearing.

///

///

///

///

///

| | | | |
|---|---|---|---|
| 1 | Dated: January 24, 202 | | Respectfully submitted, |
| 2 | | | McGREGOR W. SCOTT<br>United States Attorney |
| 3 | | | |
| 4 | | By | /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney |
| 5 | Dated: January 24, 2020 | | /s/ Robert Lamanuzzi |
| 6 | | | ROBERT LAMANUZZI<br>Attorney for Defendant |

IT IS SO ORDERED.

Dated: **January 24, 2020**            **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE